■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHON FORD, Appellant. [644 NYS2d 901] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 10, 1995 (*People v Ford*, 220 AD2d 526), affirming a judgment of the Supreme Court, Kings County, rendered October 27, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Thompson, J. P., Copertino, Hart and Goldstein, JJ., concur.